# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE REDMOND,
INDIVIDUALLY,

          Appellant,

vs.

DIGNITY HEALTH, D/B/A ST. ROSE
DOMINICAN HOSPITAL-SAN MARTIN
CAMPUS; AND HERMINIA DIOKNO,
INDIVIDUALLY,

          Respondents.

No. 70827

FILED

DEC 1 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss. Respondents have filed a motion to strike the notice of appeal on the ground that it was filed before the entry of a final judgment. Appellant has filed an untimely motion for an extension of time to file an opposition; the motion is opposed, and appellant has filed a reply. We grant the motion for an extension and direct the clerk of this court to file the opposition to the motion to strike received on October 6, 2016. Having considered the arguments of the parties and the record on appeal, we grant the motion to strike, and we dismiss this appeal. The district court order appealed from dismissed appellant's negligence/premises liability claims, but the claim for professional negligence remains, and respondents

inform this court that trial has been set for June 26, 2017. Accordingly we conclude that the notice of appeal was prematurely filed, we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering


cc:    Hon. Douglas Smith, District Judge
       Marlene Redmond
       Alverson Taylor Mortensen & Sanders
       Eighth District Court Clerk

---

[1]Respondents' motion for reconsideration of the order directing transmission of the record is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A